■ HOME SAVINGS BANK, Respondent, v RONALD McMILLIAN et al., Appellants, et al., Defendants. [628 NYS2d 578] —Appeal by the defendants Ronald McMillian and Lynnette McMillian from an order of the Supreme Court, Suffolk County (Werner, J.), dated November 30, 1993.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Werner at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.